**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02408-REB-KMT

UNITED STATES OF AMERICA, ex rel.,
HAROLD OWEN, individually,

    Plaintiffs,

v.

DANIEL L. DURAN, and
HALEDAN CONSTRUCTORS, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER CONCERNING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [Docket No. 36] of Judge Robert E. Blackburn, entered on June 1, 2015, it is

ORDERED that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41 and D.C.COLO.LCivR41.1 for plaintiffs' failure to prosecute and to obey orders of the Court.

Dated at Denver, Colorado this 3rd day of June, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ K. Finney
    K. Finney
    Deputy Clerk